## CONSENT ORDER

In the Matter of DAVID S. LITWIN, an attorney-at-law.

IT IS ORDERED that:

1. David S. Litwin is temporarily suspended from the practice of law, effective July 31, 1981, pending final determination of the ethics complaints against him, and until further order of the Court.

2. David S. Litwin shall comply with all the regulations of the Disciplinary Review Board governing suspended, disbarred or resigned attorneys.

We hereby consent to the entry and form of the above Consent Order.

/s/David S. Litwin

David S. Litwin, Respondent

Brach, Eichler, Rosenberg,

Silver, Bernstein & Hammer

By: /s/Burton L. Eichler

Burton L. Eichler, Attorney

for Respondent

/s/Colette A. Coolbaugh

Colette A. Coolbaugh

Assistant Director

Division of Ethics & Professional

Services